IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KERANOS, LLC, ET AL., | § | |
|     PLAINTIFFS, | § | |
| VS. | § | |
| SILICON STORAGE TECHNOLOGY, INC., ET AL., | § | |
|     DEFENDANTS, | § | |
|     COUNTER-CLAIM PLAINTIFFS, | § | No. 2:13-CV-00017 (MHS) |
| VS. | § | |
| KERANOS, LLC, ET AL., | § | |
|     COUNTER-CLAIM DEFENDANTS. | § | |

**ORDER GRANTING SUMMARY JUDGMENT AND DISMISSAL OF CLAIMS**

IT IS HEREBY ORDERED, and Plaintiff Keranos, LLC's ("Keranos") agrees, subject to its rights of appeal, that summary judgment dismissing Keranos's claims against Samsung Semiconductor, Inc., and Samsung Electronics Co., Ltd. ("Samsung"), with prejudice, is proper and that all claims that have been brought and/or that could have been brought by Keranos against Samsung are dismissed with prejudice.

IT IS FURTHER ORDERED that Samsung's declaratory judgment claims and counterclaims of non-infringement and invalidity of the Patents-in-Suit are dismissed without prejudice.

IT IS SO ORDERED.

**SIGNED this 4th day of February, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE