**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| KERANOS, LLC, | Case No. 2:13-cv-00017-MHS-RSP |
| Plaintiff, | |
| *vs.* | |
| SILICON STORAGE TECHNOLOGY, INC., et al., | |
| Defendants. | |

## ORDER

THE COURT, having denied plaintiff Keranos' Motion for Leave to Amend Infringement Contentions [Order on Pending Motions, Dkt. 151] and Keranos' Motion to Reconsider [Order on Motions to Reconsider, Dkt. 226], and having concluded at the Hearing on January 29, 2014 that Samsung's products are excluded, thereby concluding that Keranos is prohibited from proceeding on any patent infringement claims under U.S. Patent Nos. 4,868,629, 4,795,719, and 5,042,009 ("the Patents-in-Suit") against Defendants Silicon Storage Technology, Inc. ("SST"), Microchip Technology, Inc., Freescale Semiconductor Inc., Taiwan Semiconductor Manufacturing Co., Ltd. and TSMC North America (all collectively "Defendants") based on any products other than Microchip's PIC32MX440F128L and SST's 89F58 (hereinafter, the "Two Remaining Products");

FURTHER, Keranos having agreed to dismissal with prejudice of its patent infringement claims against those Two Remaining Products;

AND FURTHER, Defendants having agreed to dismiss without prejudice their declaratory judgment claims and counterclaims of non-infringement and invalidity of the Patents-in-Suit; and SST having agreed to dismiss without prejudice its state law tort claims for tortious interference with existing contracts, tortious interference with prospective business relationships and civil conspiracy (collectively "SST State Law Tort Claims") subject to a tolling order;

IT IS HEREBY ORDERED that Keranos' patent infringement claims against the Two Remaining Products are dismissed with prejudice.

IT IS FURTHER ORDERED that summary judgment of all remaining claims of infringement of the Patents-in-Suit against Defendants is granted, and these claims are dismissed with prejudice subject to Keranos' right to appeal.

IT IS FURTHER ORDERED that Defendants' declaratory judgment claims and counterclaims of non-infringement and invalidity of the Patents-in-Suit are dismissed without prejudice.

IT IS FURTHER ORDERED that SST's State Law Tort Claims are hereby dismissed without prejudice.

IT IS FURTHER ORDERED, and the parties have agreed, that SST may reinstate the SST State Law Tort Claims within ninety (90) days following the final disposition of any appeal of, or the expiration of any time period providing an opportunity to appeal, a judgment or order of the Court entered in this action or appellate decision arising out of a judgment or order of the Court entered in this action, whichever is later.

IT IS FURTHER ORDERED, and the parties agree, that any applicable statute of limitations or other applicable law or rule that relates to the time period for filing the SST State Law Tort Claims is tolled until the deadline set out above for reinstatement of the SST State Law Tort Claims. The tolling of the limitations period as set forth in this Order is valid and effective under applicable law and not contingent upon the outcome of any appeal arising out of this action.

IT IS SO ORDERED.

**SIGNED this 4th day of February, 2014.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE