# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **KERANOS, LLC** | § | |
| | § | |
| **v.** | § | Case No. 2:13-cv-17-MHS-RSP |
| | § | |
| **SILICON STORAGE TECHNOLOGY, INC.**, et al. | § | |

## FINAL JUDGMENT

In accordance with the Court's orders granting summary judgment (Doc. Nos. 248, 249), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims be dismissed with prejudice, Defendants' counterclaims be dismissed without prejudice, and final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

SIGNED this 7th day of February, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE