**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| KERANOS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:13-CV-017-RWS |
| | § | |
| SILICON STORAGE TECHNOLOGY, | § | |
| INC., ET AL., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| SILICON STORAGE TECHNOLOGY, | § | |
| INC., ET AL. | § | |
| | § | |
| Counterclaim-Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| KERANOS, LLC, | § | |
| UNITED MODULE CORP. | § | |
| Counterclaim-Defendants. | § | |

**ORDER**

Before the Court is Defendants' Motion to Consolidate Cases for the Sole Purpose of

Addressing the Federal Circuit's Remand Order.  After consideration of the issue, and noting that

the motion is UNOPPOSED, the Court concludes that the Motion to Consolidate Cases for the

Sole Purpose of Addressing the Federal Circuit's Remand Order should be **GRANTED**.

It is therefore **ORDERED** that this case is consolidated with *Keranos, LLC v. Analog*

*Devices, Inc.*, 2:13-cv-018-RWS (E.D. Tex.).  This consolidation is for the sole purpose of

addressing the issue on remand from the Court of Appeals for the Federal Circuit in the case styled

*Keranos, LLC v. Silicon Storage Technology, Inc.*, Nos. 2014-1360, -1500 (Fed. Cir. Aug. 13,

2

2015) ("CAFC Opinion") (Dkt. 267-1). The parties may move to sever the cases following resolution of the issue on remand.

**SIGNED this 6th day of January, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE