**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **KERANOS, LLC**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**SILICON STORAGE TECHNOLOGY, INC., et al.**<br><br>**Defendants.** | **CASE NO. 2:13-CV-0017-RWS-RSP (LEAD CASE)** |
| **KERANOS, LLC**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**ANALOG DEVICES, INC., et al.**<br><br>**Defendants.** | **CASE NO. 2:13-CV-0018-RWS-RSP** |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Keranos, LLC's ("Plaintiff"), Counter-Claim Defendants J. Nicholas Gross, Peter Courture, and United Module Corporation's ("Counter-Claim Defendants"), and Defendants Silicon Storage Technology, Inc., Freescale Semiconductor, Inc., Microchip Technology Inc., and NXP Semiconductors USA, Inc.'s, ("Defendants") Joint Stipulated Motion to Dismiss All Remaining Claims and Counterclaims in this case. After careful consideration, the Court concludes that the Motion should be **GRANTED**.

It is therefore,

**ORDERED** that all claims and counterclaims are hereby dismissed with prejudice. The parties shall bear their own costs and attorneys' fees. All pending requested relief is hereby **DENIED AS MOOT.**

It is so **ORDERED**.

**SIGNED this 10th day of January, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE