**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **KERANOS, LLC**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**SILICON STORAGE TECHNOLOGY, INC., et al.**<br><br>**Defendants.** | **CASE NO. 2:13-CV-0017-RWS-RSP (LEAD CASE)** |
| **KERANOS, LLC**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**ANALOG DEVICES, INC., et al.**<br><br>**Defendants.** | **CASE NO. 2:13-CV-0018-RWS-RSP** |

## FINAL JUDGMENT

Pursuant to the Court's Order of Dismissal, the Court hereby enters Final Judgment. It is therefore

**ORDERED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED this 10th day of January, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE